IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:10CR334
                               )
     v.                        )
                               )
JUAN PABLO MANCILLAS-RAMIREZ,  )          ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 119).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until March 25, 2011, to file motions for departure, deviation or variance in this matter.

DATED this 21st day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court